UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x     **** RE-SENTENCING ****
UNITED STATES OF AMERICA               JUDGMENT INCLUDING SENTENCE
        -v-                            UNDER THE SENTENCING REFORM ACT

ASHA PATTERSON                         CASE NUMBER: CR-03-718 (ARR)
---------------------------------x     B. ALAN SEIDLER, ESQ
                                       580 BROADWAY, ROOM 717
                                       NEW YORK, NEW YORK 10012
                                       Defendant's Attorney & Address

THE DEFENDANT:
XX was found guilty on counts one & two of the superseding indictment after a plea of not guilty.
   Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 18 USC 922(g)(1) & 924(a)(2) | FELON IN POSSESSION OF A FIREARM. | ONE (1) |
| 18 USC 1001(a)(2) | FALSE STATEMENTS TO A UNITED STATES PROBATION OFFICER. | TWO (2) |

The defendant's sentence as provided in this Judgment is the same whether imposed pursuant to the Sentencing Reform Act of 1984 or imposed pursuant to an indeterminate sentencing scheme.

___ The defendant has been found not guilty on count(s)       and is discharged as to such count(s).
XXX Remaining counts are dismissed on the motion of the United States.
XXX It is ordered that the defendant shall pay to the United States a special assessment of $200.00 which shall be due XXX immediately ___ as follows:

It is further ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec #_____          MAY 05, 2006
                                        Date of Imposition of Sentence
Defendant's Date of Birth 6/5/74

Defendant's Mailing Address:            ALLYNE R. ROSS, U.S.D.J.

       UNDOMICILED                      MAY 05, 2006
                                            Date

                                        A TRUE COPY ATTEST
Defendant's Residence Address:          Date:_____

       ( SAME AS ABOVE )                ROBERT C. HEINEMANN
                                        CLERK OF COURT

                                        By:_____
                                           DEPUTY CLERK

Defendant: ASHA PATTERSON  Judgment - Page    of
Case Number: CR-03-718(ARR)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of seventy eight (78) months. Deft is sentenced as follows: On count one of the superseding indictment he is sentenced to seventy eight months and on count two of the superseding indictment he is sentenced to sixty months. The sentences are to run concurrently for a total of seventy eight months incarceration.

__XXX__  The Court makes the following recommendations to the Bureau of Prisons:
THAT THE DEFT BE HOUSED IN THE NEW YORK METROPOLITAN AREA.

___ The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district,

   ___ at _____a.m./p.m. on _____.
   ___ as notified by the Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

   ___ before 12:00 noon on _____.
   ___ as notified by the United States Marshal.
   ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

            _____
            United States Marshal

            By_____

Defendant: ASHA PATTERSON  
Case Number: CR-03-718(ARR)

Judgment - Page     of

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

1) DEFT SHALL SUBMIT HIS PERSON, RESIDENCE, PLACE OF BUSINESS, VEHICLE, OR ANY OTHER PREMISES UNDER HIS CONTROL TO A SEARCH ON THE BASIS THAT THE PROBATION OFFICER HAS REASONABLE BELIEF THAT CONTRABAND OR EVIDENCE OF A VIOLATION OF THE CONDITIONS OF RELEASE MAY BE FOUND; THE SEARCH MUST ALSO BE CONDUCTED IN A REASONABLE MANNER AND AT A REASONABLE TIME; FAILURE TO SUBMIT TO A SEARCH MAY BE GROUNDS FOR REVOCATION; THE DEFT SHALL INFORM ANY OTHER RESIDENTS THAT THE PREMISES MAY BE SUBJECT TO SEARCH PURSUANT TO THIS CONDITION.
2) DEFT SHALL NOT POSSESS ANY FIREARMS.
3) DEFT SHALL PARTICIPATE IN ANY ANGER MANAGEMENT PROGRAMS AS DIRECTED BY THE PROBATION DEPARTMENT.
4) DEFT SHALL PARTICIPATE IN MENTAL HEALTH TREATMENT WITH A PROVIDER SELECTED BY THE PROBATION DEPARTMENT. TREATMENT MAY INCLUDE OUTPATIENT OR RESIDENTIAL TREATMENT.
5) DEFT SHALL CONTRIBUTE TO THE COST OF SERVICES RENDERED OR ANY PSYCHOTROPIC MEDICATIONS PRESCRIBED VIA CO-PAYMENT OR FULL PAYMENT IN AN AMOUNT APPROVED BY THE PROBATION DEPARTMENT, BASED UPON THE DEFT'S ABILITY TO PAY AND/OR THE AVAILABILITY OF THIRD PARTY PAYMENT.
6) DEFT SHALL MAINTAIN FULL TIME EMPLOYMENT.

___ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

Defendant: ASHA PATTERSON  
Case Number: CR-03-718 (ARR)  
Judgment - Page of

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

Defendant: ASHA PATTERSON    Judgment - Page    of
Case Number: CR-03-718(ARR)

## FINE WITH SPECIAL ASSESSMENT

   The defendant shall pay to the United States the sum of $ 200.00    , consisting of a fine of $    N/A    and a special assessment of $ 200.00    .

___ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

        This sum shall be paid ___ immediately
                               ___ as follows:

**XXX**  The Court has determined that the defendant does not have the ability to pay any fines, cost of confinement or supervision.

        ___ The interest requirement is waived.
        ___ The interest requirement is modified as follows: